UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROGER DOAN, )<br>)<br>      Plaintiff, )<br>)<br>   vs. )<br>)<br>LINDA S. MCMAHON, Acting Commissioner )<br> of the Social Security Administration, )<br>)<br>      Defendant. ) | 1:05-cv-841-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Roger Doan is not entitled to Disability Insurance Benefits and Supplemental Security Income based on his applications filed on September 13, 2002, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date: 01/24/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Joseph W. Shull
jshull@pngusa.net